## CARTER v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 68, September Term, 1962.]

*Decided June 10, 1963.*

Before the full Court.

PER CURIAM.

For the reasons stated in the opinion and order of Judge Shure, dated December 18th and filed December 21st, 1962, dismissing the applicant's second petition for relief under the Post Conviction Procedure Act, the application for leave to appeal from that order is denied.

*Application denied.*